WRIGHT, Respondent, v. KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appellate Division, Third De-

partment. November 13, 1907.) Action by Dennis L. Wright against the Knights of Maccabees of the World. No opinion. Judgment and order reversed on law and facts, and new trial granted, with costs to appellant to abide event, upon authority of Mock v. Supreme Council of Royal Arcanum, 121 App. Div. 474, 106 N. Y. Supp. 155.